1 | WRIGHT, FINLAY & ZAK, LLP
2 | Robin Prema Wright, Esq.
  | Nevada Bar No. 009296
3 | 4665 MacArthur Court, Suite 280
  | Newport Beach, CA 92660
4 | (949) 477-5050; Fax: (949) 477-9200
  | rwright@wrightlegal.net
5
  | WRIGHT, FINLAY & ZAK, LLP
6 | Donna M. Osborn, Esq.
7 | Nevada Bar No. 006527
  | 5532 South Fort Apache Road, Suite 110
8 | Las Vegas, NV 89148
  | (702) 475-7964; Fax: (702) 946-1345
9 | dosborn@wrightlegal.net
  | *Attorneys for Defendants,*
10 | *Bank Deutsche National Tr Co TRS, MERSCORP, Inc., Mortgage Electronic Registration*
11 | *Systems, Inc, and IndyMac*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL HUGGINS, an individual | Case No.: 2:11-CV-00483-GMN-PAL |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER TO DISMISS AND EXPUNGE LIS PENDENS** |
| BANK DEUTSCHE NATIONAL TR CO TRS; QUALITY LOAN SERVICING, LP; INDYMAC MORTGAGE SERVICES a subsidiary of ONE WEST BANK; MERSCORP, INC., a Virginia Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; a subsidiary of MERSCORP, INC., a Delaware Corporation; and DOES I individuals through 100, inclusive; and ROE CORPORATIONS 1 through 30, inclusive. | |
| Defendants. | |

1  The parties hereby having reached an agreement and for good cause appearing;

2  IT IS HEREBY STIPULATED between Plaintiff MICHAEL HUGGINS ("Huggins") and Defendants BANK DEUTSCHE NATIONAL TR CO TRS ("Deutsche"), MERSCORP, INC. ("Merscorp"), and MORTGAGE ELECTRONIC REGSTRATION SYSTEMS, INC. ("MERS"), INDYMAC MORTGAGE SERVICES a subsidiary of ONEWEST BANK ("IndyMac"), QUALITY LOAN SERVICING, LP ("Quality") hereinafter collectively referred to as ("Defendants"), that the case shall be dismissed as to Defendants with prejudice.

IT IS FURTHER STIPULATED that all Lis Pendens on record will be expunged (Instrument Number 201007060000076 recorded on July 6, 2010, Instrument Number 201101040005051 recorded on January 4, 2011, and Instrument Number 201103220000992 recorded on March 22, 2011) concerning the real property commonly known as 4210 North Tee Pee Lane, Las Vegas, Nevada, more particularly described as follows:

APN: 138-06-704-015

LOT THREE (3) AS SHOWN BY MAP THEREOF ON FILE INFILE 52 OF PARCEL MAPS, PAGE 92, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

IT IS FURTHER STIPULATED between Plaintiff, Deutsche, Merscorp, MERS, IndyMac and Quality that each side to bear their own fees and costs.

Submitted by:

WRIGHT FINLAY & ZAK, LLP

Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Bank Deutsche National Tr Co TRS, MERSCORP, Inc. and*
*Mortgage Electronic Registration Systems, Inc.*

Approved by

MICHAEL HUGGINS

MICHAEL HUGGINS
*Plaintiff*

Approved By:

McCARTHY & HOLTHUS, LLP

/s/ Christopher M. Hunter, Esq.
Christopher M .Hunter, Esq.
Nevada Bar No.: 008127
9510 W. Sahara Ave., Suite 110
Las Vegas, Nevada 89117
*Attorneys for Quality Loan Servicing, LP*

## ORDER

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint is hereby dismissed with prejudice as to Defendants BANK DEUTSCHE NATIONAL TR CO TRS (Deutsche"), MERSCORP, INC. ("Merscorp"), MORTGAGE ELECTRONIC REGSTRATION SYSTEMS, INC. ("MERS"), INDYMAC MORTGAGE SERVICES a subsidiary of ONEWEST BANK ("IndyMac") and QUALITY LOAN SERVICING, LP ("Quality").

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all Lis Pendens on record are hereby cancelled and expunged (Instrument Number 201007060000076 recorded on July 6, 2010, Instrument Number 201101040005051 recorded on January 4, 2011, and Instrument Number 201103220000992 recorded on March 22, 2011) concerning the real property commonly known as 4210 North Tee Pee Lane, Las Vegas, Nevada, more particularly described as follows:

APN: 138-06-704-015

LOT THREE (3) AS SHOWN BY MAP THEREOF ON FILE INFILE 52 OF
PARCEL MAPS, PAGE 92, IN THE OFFICE OF THE COUNTY RECORDER
OF CLARK COUNTY, NEVADA.

and hereby have no further force or effect from this day forward.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that pursuant to N.R.S. 14.015(5), Plaintiff shall record a copy of this order (or appropriate notice) cancelling the Lis Pendens with the Clark County Recorder's Office within five (5) days of its entry, and if not done, any party may record a copy of this Order.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each side is to bear their own fees and costs.

**IT IS SO ORDERED** this 1st day of August, 2011.

_____
Gloria M. Navarro
United States District Judge

RESPECTFULLY SUBMITTED BY:

WRIGHT, FINLAY, & ZAK, LLP

_____
Donna M. Osborn, Esq.
Nevada Bar No. 006527
5532 South Fort Apache Road, Suite 110
Las Vegas, NV 89148
*Attorneys for Defendants,*
*Bank Deutsche National Tr Co TRS,*
*MERSCORP, Inc., Mortgage Electronic Registration Systems, Inc,*
*and IndyMac Bank*